IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
CHERIE LYNISE IRBY :
fka Cherie Lynise Jackson : CASE NO. 1:14-bk-05756
    Debtor :
 :
US BANK NATIONAL ASSOCIATION, :
as Trustee for NRZ Pass-Through Trust :
IV, :
    Movant :
 :
v. :
 :
CHERIE LYNISE IRBY :
fka Cherie Lynise Jackson, :
    Respondent :

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Proof of default is demanded at trial and this averment is therefore denied.

7. Proof of default is demanded at trial and this averment is therefore denied.

8. Movant has failed to satisfy all of the elements of Bankruptcy Code § 506(b) and allegations that the Debtor is responsible for payment of attorney fees and costs are therefore denied.

9. Admitted.

10. Movant has failed to satisfy all of the elements of Bankruptcy Code § 506(b) and allegations that the Debtor is responsible for payment of attorney fees and costs are therefore denied.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott
_____
Dorothy L. Mott, Esquire
Attorney ID # 43568
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com