**RUSHMORE LOAN MANAGEMENT SERVICES**

| PAYMENT CHANGES | | | |
|---|---|---|---|
| DATE | P&I | ESCROW | TOTAL |
| 03/01/13 | $99.28 | $0.00 | $99.28 |
| 01/01/15 | $99.28 | $257.35 | $356.63 |
| 01/01/16 | $99.28 | $257.83 | $357.11 |
| 02/01/17 | $235.19 | $207.70 | $442.89 |

| Loan# | |
|---|---|
| Borrower | lby |
| Date Filed | 12/15/2014 |
| First Post Petition Due Date | 2/1/2015 |
| POC covers | 3/1/13-1/1/15 |

| Date | Amount Recvd | Post Petition Due Date | Cont actual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC Areas Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Missing Prior Servicer's Payment History from 12/15/14-12/8/15.** | | $0.00 | | | | $356.63 | | | $0.00 | $0.00 | | |
| 12/29/2015 | $375.00 | 12/1/15 | 3/1/14 | $356.63 | $18.37 | $18.37 | | $375.00 | | | $0.00 | $0.00 | | |
| 12/31/2015 | | 1/1/16 | 4/1/14 | $357.11 | -$357.11 | | $357.11 | $17.89 | | | $0.00 | $0.00 | | |
| 2/3/2016 | $375.00 | 2/1/16 | 5/1/14 | $357.11 | $17.89 | $17.89 | | $35.78 | | | $0.00 | $0.00 | | |
| 2/23/2016 | $375.00 | 3/1/16 | 6/1/14 | $357.11 | $17.89 | $17.89 | | $53.67 | | | $0.00 | $0.00 | | |
| 3/18/2016 | $375.00 | 4/1/16 | 7/1/14 | $357.11 | $17.89 | $17.89 | | $71.56 | | | $0.00 | $0.00 | | |
| 4/11/2016 | | Trustee Payment | | | $0.00 | | | $71.56 | $111.56 | | $111.56 | $111.56 | | |
| 4/14/2016 | $375.00 | 5/1/16 | 8/1/14 | $357.11 | $17.89 | $17.89 | | $89.45 | | | $111.56 | $111.56 | | |
| 5/9/2016 | | Trustee Payment | | | $0.00 | | | $89.45 | $210.89 | | $322.45 | $322.45 | | |
| 5/9/2016 | | Trustee Payment | | | $0.00 | | | $89.45 | $22.16 | | $344.61 | $344.61 | | |
| 5/17/2016 | $375.00 | 6/1/16 | 9/1/14 | $357.11 | $17.89 | $17.89 | | $107.34 | | | $344.61 | $344.61 | | |
| 6/17/2016 | $374.69 | 7/1/16 | 10/1/14 | $357.11 | $17.58 | $17.58 | | $124.92 | | | $344.61 | $344.61 | | |
| 7/7/2016 | $375.00 | 8/1/16 | 11/1/14 | $357.11 | $17.89 | $17.89 | | $142.81 | | | $344.61 | $344.61 | | |
| 7/7/2016 | | Trustee Payment | | | $0.00 | | | $142.81 | $395.29 | | $739.90 | $739.90 | | |
| 7/7/2016 | | Trustee Payment | | | $0.00 | | | $142.81 | $27.17 | | $767.07 | $767.07 | | |
| 7/8/2016 | | PRE-Petition Applied | 12/1/14 | | $0.00 | | | $142.81 | | $99.28 | $667.79 | $767.07 | | |
| 7/13/2016 | | Trustee Payment | | | $0.00 | | | $142.81 | $130.58 | | $798.37 | $897.65 | | |
| 8/11/2016 | | Trustee Payment | | | $0.00 | | | $142.81 | $150.43 | | $948.80 | $1,048.08 | | |
| 8/29/2016 | $375.00 | 9/1/16 | 1/1/15 | $357.11 | $17.89 | $17.89 | | $160.70 | | | $948.80 | $1,048.08 | | |
| 9/7/2016 | | Trustee Payment | | | $0.00 | | | $160.70 | $134.04 | | $1,082.84 | $1,182.12 | | |
| 10/11/2016 | | Trustee Payment | | | $0.00 | | | $160.70 | $152.46 | | $1,235.30 | $1,334.58 | | |
| 10/13/2016 | $375.00 | 10/1/16 | 2/1/15 | $357.11 | $17.89 | $17.89 | | $178.59 | | | $1,235.30 | $1,334.58 | | |
| 11/21/2016 | $375.00 | 11/1/16 | 3/1/15 | $357.11 | $17.89 | $17.89 | | $196.48 | | | $1,235.30 | $1,334.58 | | |
| 11/25/2016 | $375.00 | 12/1/16 | 4/1/15 | $357.11 | $17.89 | $17.89 | | $214.37 | | | $1,235.30 | $1,334.58 | | |
| 2/14/2017 | $375.00 | | | | $375.00 | $375.00 | | $589.37 | | | $1,235.30 | $1,334.58 | | |
| 2/14/2017 | | PRE-Petition Applied | 5/1/15 | | $0.00 | | | $589.37 | | $356.63 | $878.67 | $1,334.58 | | |
| 3/30/2017 | | 1/1/17 | 6/1/15 | $357.11 | -$357.11 | | $357.11 | $232.26 | | | $878.67 | $1,334.58 | | |
| 3/30/2017 | | PRE-Petition Applied | 7/1/15 | | $0.00 | | | $232.26 | | $356.63 | $522.04 | $1,334.58 | | |
| 3/30/2017 | | PRE-Petition Applied | 8/1/15 | | $0.00 | | | $232.26 | | $356.63 | $165.41 | $1,334.58 | | |
| 6/16/2017 | | Trustee Payment | | | $0.00 | | | $232.26 | $448.09 | | $613.50 | $1,782.67 | | |
| 6/16/2017 | | Trustee Payment | | | $0.00 | | | $232.26 | $30.80 | | $644.30 | $1,813.47 | | |
| 6/20/2017 | | Trustee Payment | | | $0.00 | | | $232.26 | $122.59 | | $766.89 | $1,936.06 | | |
| 6/20/2017 | | Trustee Payment | | | $0.00 | | | $232.26 | $17.48 | | $784.37 | $1,953.54 | | |
| 8/15/2017 | | Trustee Payment | | | $0.00 | | | $232.26 | $175.72 | | $960.09 | $2,129.26 | | |
| 9/25/2017 | $351.45 | 2/1/17 | 9/1/15 | $442.89 | -$91.44 | | $91.44 | $140.82 | | | $960.09 | $2,129.26 | | |
| 9/25/2017 | | Trustee Payment | | | $0.00 | | | $140.82 | $36.23 | | $996.32 | $2,165.49 | | |
| 10/18/2017 | | PRE-Petition Applied | | | $0.00 | | | $140.82 | | $351.44 | $644.88 | $2,165.49 | | |
| 10/18/2007 | | Trustee Payment | | | $0.00 | | | $140.82 | $24.16 | | $669.04 | $2,189.65 | | |
| 11/17/2017 | | Trustee Payment | | | $0.00 | | | $140.82 | $262.46 | | $931.50 | $2,452.11 | | |
| 11/17/2017 | | Trustee Payment | | | $0.00 | | | $140.82 | $18.04 | | $949.54 | $2,470.15 | | |
| 12/19/2017 | | Trustee Payment | | | $0.00 | | | $140.82 | $262.46 | | $1,212.00 | $2,732.61 | | |
| 12/19/2017 | | Trustee Payment | | | $0.00 | | | $140.82 | $18.04 | | $1,230.04 | $2,750.65 | | |
| DUE | | 3/1/17 | | $442.89 | -$442.89 | | | $140.82 | | | $1,230.04 | $2,750.65 | | |
| DUE | | 4/1/17 | | $442.89 | -$442.89 | | | $140.82 | | | $1,230.04 | $2,750.65 | | |
| DUE | | 5/1/17 | | $442.89 | -$442.89 | | | $140.82 | | | $1,230.04 | $2,750.65 | | |
| DUE | | 6/1/17 | | $442.89 | -$442.89 | | | $140.82 | | | $1,230.04 | $2,750.65 | | |
| DUE | | 7/1/17 | | $442.89 | -$442.89 | | | $140.82 | | | $1,230.04 | $2,750.65 | | |
| DUE | | 8/1/17 | | $442.89 | -$442.89 | | | $140.82 | | | $1,230.04 | $2,750.65 | | |
| DUE | | 9/1/17 | | $442.89 | -$442.89 | | | $140.82 | | | $1,230.04 | $2,750.65 | | |
| DUE | | 10/1/17 | | $442.89 | -$442.89 | | | $140.82 | | | $1,230.04 | $2,750.65 | | |
| DUE | | 11/1/17 | | $442.89 | -$442.89 | | | $140.82 | | | $1,230.04 | $2,750.65 | | |
| DUE | | 12/1/17 | | $442.89 | -$442.89 | | | $140.82 | | | $1,230.04 | $2,750.65 | | |
| DUE | | 1/1/18 | | $442.89 | -$442.89 | | | $140.82 | | | $1,230.04 | $2,750.65 | | |