In re:  
Cherie Lynise Irby  
    Debtor

Case No. 14-05756-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AGarner     Page 1 of 1     Date Rcvd: Mar 16, 2018  
                 Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2018.  
db         +Cherie Lynise Irby,    1930 Mulberry Street,    Harrisburg, PA 17104-1911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2018 at the address(es) listed below:

         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com  
         Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association, Et Al...   debersole@hoflawgroup.com,   bbleming@hoflawgroup.com  
         Dorothy L Mott    on behalf of Debtor 1 Cherie Lynise Irby DorieMott@aol.com,   KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com  
         Joshua I Goldman    on behalf of Creditor    Kondaur Capital Corporation Et Al...   bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...   bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Thomas I Puleo    on behalf of Creditor    Kondaur Capital Corporation Et Al...   tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                 TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHERIE LYNISE IRBY | : | |
| FKA CHERIE LYNISE JACKSON | : | |
| | : | |
| Debtor(s) | : | CASE NO. 1:14-05756HWV |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 67 |
| CHERIE LYNISE IRBY | : | |
| FKA CHERIE LYNISE JACKSON | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Harrisburg, PA in said District,

Upon consideration of the STIPULATION filed on March 05, 2018 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's MOTION TO DISMISS for material default filed on or about February 20, 2018

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

Dated: March 16, 2018

By the Court,

Henry W. Van Eck, Bankruptcy Judge (AG)