```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 14-05756-HWV
Cherie Lynise Irby                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: AGarner              Page 1 of 1              Date Rcvd: Mar 16, 2018
                             Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db             +Cherie Lynise Irby,   1930 Mulberry Street,   Harrisburg, PA 17104-1911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor   U.S. Bank National Association, Et Al...
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Dorothy L Mott    on behalf of Debtor 1 Cherie Lynise Irby DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Joshua I Goldman    on behalf of Creditor   Kondaur Capital Corporation Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   Kondaur Capital Corporation Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Cherie Lynise Irby *fka* Cherie Lynise Jackson<br>                Debtor | : Bankruptcy No. 14-05756-HWV<br>: Chapter 13 |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services<br><br>                Movant<br><br>    vs.<br><br>    Cherie Lynise Irby fka Cherie Lynise Jackson<br>                Debtor/Respondent<br><br>    and<br><br>Charles J. DeHart, III, Esquire<br>                Trustee/Respondent | |

**ORDER**

Upon Consideration of the Stipulation Agreement settling the Motion for Relief of Creditor/Movant, U.S. Bank National Association, it is hereby

**Ordered** that the Stipulation is approved.

Dated: March 16, 2018

By the Court,

*/s/ Henry W. Van Eck*
_____
Henry W. Van Eck, Bankruptcy Judge (KB)