**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  CHERIE LYNISE IRBY
AKA: FKA CHERIE LYNISE JACKSON    CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-14-05756-HWV

CHERIE LYNISE IRBY
AKA: FKA CHERIE LYNISE JACKSON

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on August 29, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of August 29, 2018, the Debtor(s) is/are $2700.00 in arrears with a plan payment having last been made on Apr 09, 2018

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 29, 2018

| | |
|---|---|
| IN RE: CHERIE LYNISE IRBY<br>FKA CHERIE LYNISE JACKSON<br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-14-05756-HWV<br><br>CERTIFICATION OF DEFAULT |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 29, 2018, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

DOROTHY L MOTT LAW OFFICE, LLC      SERVED ELECTRONICALLY
D/B/A MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA  17101-

CHERIE LYNISE IRBY     SERVED BY 1ST CLASS MAIL
1930 MULBERRY STREET
HARRISBURG, PA  17104

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA  17101     SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  August 29, 2018     Respectfully submitted,
    Liz Joyce
    for Charles J. DeHart, III, Trustee
    Suite A, 8125 Adams Dr.
    Hummelstown, PA  17036
    Phone:  (717) 566-6097
    eMail: dehartstaff@pamd13trustee.com