```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 14-05756-HWV
Cherie Lynise Irby                                                  Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: AGarner              Page 1 of 2            Date Rcvd: Aug 31, 2018
                             Form ID: pdf010            Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
db            +Cherie Lynise Irby,    1930 Mulberry Street,    Harrisburg, PA 17104-1911
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,     PO Box 619096,
                Dallas, TX  75261-9741)
4583774       +ALPAT CO,   40070 CANE AVE, STE 400,   SLIDELL, LA 70461-3757
4583775       +AMERICHOICE FCU,    20 SPORTING GREEN DR,   MECHANICSBURG, PA 17050-2392
4583776        BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,   PO BOX 8875,    CAMP HILL, PA 17001-8875
4583779       +COML ACCEPT,    PO BOX 3268,   SHIREMANSTOWN, PA 17011-3268
4583781       +DEBT RECOVERY SOLUTIONS,    900 MERCHANTS CONCOURSE,    SUITE LL - 11,    WESTBURY, NY 11590-5142
4583783      ++FIRST NATIONAL COLLECTION BUREAU,    50 W LIBERTY ST,    STE 250,   RENO NV 89501-1973
               (address filed with court: FIRST NATIONAL COLLECTION BUREAU, INC,     610 WALTHAM WAY,
                SPARKS, NV 89434)
4583784       +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,   SIOUX FALLS SD 57107-0145
4583785       +HAMILTON HEALTH CENTER,    110 S 17TH STREET,   Harrisburg, PA 17104-1123
4583789       +KML LAW GROUP PC,    SUITE 5000 - BNY INDEPENDENCE CENTER,     701 MARKET STREET,
                PHILADELPHIA, PA 19106-1538
4761432       +Kondaur Capital Corporation,    333 S. Anita Drive, Suite 400,    Orange, CA 92868-3314
4761433       +Kondaur Capital Corporation,    333 S. Anita Drive, Suite 400,    Orange, CA 92868,
                Kondaur Capital Corporation,    333 S. Anita Drive, Suite 400,    Orange, CA 92868-3314
4583790       +MONTEREY COL,   4095 AVENIDA DE LA,    OCEANSIDE, CA 92056-5802
4583793       +NOVAD MGMT CONSULTING,    2401 NW 23RD ST, STE 1A1,    OKLAHOMA CITY, OK 73107-2448
4583794        ORECK DIRECT LLC,    1400 Salem Road,   Cookeville, TN 38506-6221
4583795        PHFA (CORRESPONDENCE),    211 N FRONT STREET,   PO BOX 15530,    HARRISBURG, PA 17105-5530
4583797      ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-MOBILE BANKRUPTCY DEPT,     PO BOX 37380,    ALBUQUERQUE, NM 87176)
4613106       +U.S. Bank National Association,    Nationstar Mortgage, LLC,    PO Box 619096,
                Dallas, TX 75261-9096
4912353        U.S. Bank National Association et al,    c/o Rushmore Loan Management Services,
                Rushmore Loan Management Services,    P.O. Box 52708, Irvine, CA 92619
4912354        U.S. Bank National Association et al,    c/o Rushmore Loan Management Services,
                Rushmore Loan Management Services,    P.O. Box 52708, Irvine, CA 92619,
                U.S. Bank National Association et al,    c/o Rushmore Loan Management Services
4604972       +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                Washington, DC 20410-0002
4583798       +UNEMPLOYMENT COMP OVERPAYMENT MATTERS,    DEPT OF LABOR AND INDUSTRY,    OFICE OF CHIEF COUNSEL,
                651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4583799       +UNEMPLOYMENT COMP TAX MATTERS,    HARRISBURG CASES - OFF OF CHIEF COUNSEL,
                DEPT OF LABOR & INDUSTRY,    651 BOAS STREET 10TH FLOOR,   HARRISBURG, PA 17121-0751
4583801       +VERIZON CMR CLAIMS DEPT,    MAIL CORRESPONDENCE,   PO BOX 60553,    OKLAHOMA CITY, OK 73146-0553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4603077        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 31 2018 19:10:29
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
4601760       +E-mail/Text: bncmail@w-legal.com Aug 31 2018 18:54:48      CERASTES, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4583778       +E-mail/Text: dehartstaff@pamd13trustee.com Aug 31 2018 18:54:54      CHARLES J DEHART, III, ESQ.,
                8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4583780        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2018 18:54:40      COMM OF PA DEPT OF REVENUE,
                BUREAU OF COMPLIANCE,    PO BOX 280946,   HARRISBURG, PA 17128-0946
4583782       +E-mail/Text: bknotice@ercbpo.com Aug 31 2018 18:54:46      ENHANCED RECOVERY CORP,
                8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
4583787        E-mail/Text: cio.bncmail@irs.gov Aug 31 2018 18:54:32      INTERNAL REVENUE SERVICE - CIO,
                PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4583791       +E-mail/Text: Bankruptcies@nragroup.com Aug 31 2018 18:55:05      NATIONAL RECOVERY AGENCY,
                PO BOX 67015,    HARRISBURG PA 17106-7015
4605958        E-mail/Text: blegal@phfa.org Aug 31 2018 18:54:44      PHFA/HEMAP,    211 NORTH FRONT ST,
                PO BOX 8029,    HARRISBURG, PA 17105
4583796       +E-mail/Text: bankruptcynotices@psecu.com Aug 31 2018 18:54:56      PSECU,   PO BOX 67013,
                HARRISBURG, PA 17106-7013
4583800        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 31 2018 18:54:28
                VERIZON BANKRUPTCY DEPT,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
4583802       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 31 2018 18:54:28
                VERIZON PENNSYLVANIA, INC,    1717 ARCH ST, #17,   PHILADELPHIA, PA 19103-2740
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank National Association as Trustee for NRZ
```

```
District/off: 0314-1          User: AGarner           Page 2 of 2           Date Rcvd: Aug 31, 2018
                              Form ID: pdf010         Total Noticed: 36
```

```
4583788*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4583792*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE,    350 HIGHLAND DRIVE,    LEWISVILLE, TX 75067)
4583777       ##+CAPITAL TAX COLLECTION BUREAU,    HARRISBURG DIVISION,    2301 NORTH THIRD STREET,
                 HARRISBURG, PA 17110-1816
4583786        ##IC SYSTEM,   444 HIGHWAY 96 EAST,    PO BOX 64794,    ST PAUL, MN 55164-0794
                                                                                  TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association, Et Al...
               debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              Dorothy L Mott    on behalf of Debtor 1 Cherie Lynise Irby DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Joshua I Goldman    on behalf of Creditor    Kondaur Capital Corporation Et Al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Kondaur Capital Corporation Et Al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| CHERIE LYNISE IRBY<br>AKA: FKA CHERIE LYNISE JACKSON | Chapter: | 13 |
| Debtor 1 | Case No.: | 1-14-05756-HWV |

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   vs.                 Movant(s)

CHERIE LYNISE IRBY
AKA: FKA CHERIE LYNISE JACKSON
                       Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: August 31, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)

Order Dismissing Case with Parties - Revised 9/17

Case 1:14-bk-05756-HWV    Doc 83    Filed 09/02/18    Entered 09/03/18 00:43:18    Desc
Imaged Certificate of Notice    Page 3 of 3